| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DANIEL EUGENE KELLER, §
§
   Petitioner, §
§
*versus*           §    CIVIL ACTION NO. 1:19-CV-216
§
WARDEN FCC BEAUMONT LOW, §
§
   Respondent. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

  Petitioner Daniel Eugene Keller, proceeding *pro se*, filed this petition for writ of habeas corpus. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissal of the petition without prejudice as repetitious.

  The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

## ORDER

  Accordingly, the findings of fact and conclusions set forth in the Report are correct and the Report of the magistrate judge is **ADOPTED**. An appropriate final judgment will be entered.

  SIGNED at Beaumont, Texas, this 3rd day of January, 2020.

                    _____
                       MARCIA A. CRONE
                     UNITED STATES DISTRICT JUDGE